IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| Kemuel Godoy-Guzman, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 17-cv-2660-HLT |
| | ) | |
| Unified Government of Wyandotte | ) | |
| County and Kansas City, Kansas, | ) | |
| | ) | |
| Defendant. | ) | |

# **FIRST AMENDED SCHEDULING ORDER**

The parties have filed a joint motion (ECF No. 17) to amend the Scheduling Order (ECF No. 11). For good cause shown, the motion is granted and the Scheduling Order is amended as follows:

| Event | Deadline/Setting |
|---|---|
| Mediation completed | January 18, 2019 |
| All discovery completed | January 14, 2019 |
| All potentially dispositive motions (e.g., summary judgment) | March 5, 2019 |
| Proposed pretrial order due | January 31, 2019 |
| Pretrial conference | February 12, 2019, at 9:00 a.m. |

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated: November 13, 2019 at Kansas City, Kansas

 s/ James P. O'Hara
James P. O'Hara
United States Magistrate Judge